FLYNN WIRKUS YOUNG, P.C.
BY: A. Jordan Rushie, Esq.
jrushie@flynnwirkus.com
Attorney Identification No.:043232008
1010 North Hancock Street
Philadelphia, PA 19123
215-568-1440
617-773-5510 Fax
File No.:  24-035

                                          Attorneys for Defendants Consolidated
                                          Rail Corporation a/k/a Conrail
                                          Corporation and Christopher Hicks

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL FLYNN, | ) | CIVIL ACTION |
|       PLAINTIFF | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CONSOLIDATED RAIL CORPORATION | ) | |
| a/k/a CONRAIL CORPORATION and | ) | |
| CHRISTOPHER HICKS, | ) | |
|       DEFENDANTS | ) | NO:  1:16-CV-09115-RBK-JS |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the parties, having reached a resolution in this matter, hereby stipulate that this action be dismissed against all Defendants, Consolidated Rail Corporation a/k/a Conrail Corporation, Christopher Hicks, Daniel Fort, CSX Corporation, CSX Transportation, Inc., Norfolk Southern Corporation and John Does #1-9, with prejudice and without costs, interest or attorneys' fees.  All parties waive any right of appeal.

| | |
|---|---|
| Respectfully Submitted,<br>Defendants, Consolidated Rail<br>Corporation a/k/a Conrail Corporation<br>and Christopher Hicks,<br>By their attorneys, | Respectfully Submitted,<br>Plaintiff Michael Flynn,<br>By his attorneys, |
| */s/  A. Jordan Rushie*<br>A. Jordan Rushie, Esq.<br>jrushie@flynnwirkus.com<br>Flynn Wirkus Young, PC<br>400 Crown Colony Drive, Ste. 601<br>Quincy, MA 02169<br>617 773 5500 Phone<br>617 773 5510 Facsimile<br>Dated:  October 17, 2018 | */s/  Harry J. Kane, Jr.*<br>Harry J. Kane, Jr., Esq.<br>h.kane@gpfflaw.com<br>Greenblatt Pierce Funt & Flores<br>35 Kings Highway East<br>Haddonfield, NJ 08033<br>215 735 1600 Phone<br>215 735 1660 Facsimile |

**CERTIFICATE OF SERVICE**

      The undersigned, counsel for Defendants, hereby certifies that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System this 14th day of August, 2019.

                                                              */s/ A. Jordan Rushie*
                                                              A.  Jordan Rushie, Esq.